**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ALLEN BROWN III, | ) | CASE NO. 1:25-cv-1330 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 26, 2025, Plaintiff Robert Allen Brown III filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's ("Commissioner") decision to deny his application for disability insurance benefits. (ECF No. 1). On August 4, 2026, Magistrate Judge Amanda M. Knapp issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner. (ECF No. 13).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. The R&R also gave the parties notice of the 14-day time limit for filing objections. (*Id.* at PageID #592). It further notified them that failure to file timely objections may result in forfeiture of the right to appeal the decision. (*Id.*). Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). As of the date of this Order, more than 14 days have passed and neither party has objected to the R&R. Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R (ECF No. 13), incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date: August 19, 2026

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**